$39.36

**ATTORNEY'S NAME:** Reddy, Ramesh K 33327
**AND ADDRESS:** 643 Magazine St. Suite 301, New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2019-10317          DIVISION: I          SECTION: 14

FOWLER, PAUL

Versus

HANDELMAN, DANIEL  ET AL

RECEIVED 2019 OCT 10 PM 3 51 ORLEANS PARISH SHERIFFS OFFICE

## CITATION

TO:          AMERICAN NATIONAL INSURANCE COMPANY

THROUGH:  THEIR REGISTERED AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 8, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by *Ellen K. Philbrick*
Ellen Philbrick, Deputy Clerk

---

## SHERIFF'S RETURN
### (for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON  AMERICAN NATIONAL INSURANCE COMPANY | ON AMERICAN NATIONAL INSURANCE COMPANY |
| THROUGH: THEIR REGISTERED AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE | THROUGH: THEIR REGISTERED AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE |
| Returned the same day _____ No. ____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said AMERICAN NATIONAL INSURANCE COMPANY being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | Returned the same day _____ No. ____ |
| Mileage: $ _____ | Deputy Sheriff of _____ |

/ ENTERED /

| PAPER | RETURN |
|---|---|
| / | / |
| SERIAL NO. | DEPUTY | PARISH |

Made service on the named party through the Office of the Secretary of State on

NOV 25 2019

by tendering a copy of this document to: KATHY DARDEN

DY. DY. L. KLING 0586
Deputy Sheriff, Parish of East Baton Rouge, LA

NOV 2 3 2019

ID: 10314542

VERIFIED Page 1 of 1
*Catherine Clay*
12-13-19



DEFENDANT'S EXHIBIT
A

ATTORNEY'S NAME:   Reddy, Ramesh K 33327
AND ADDRESS:        643 Magazine St. Suite 301, New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2019-10317 | DIVISION: I | SECTION: 14 |

**FOWLER, PAUL**

**Versus**

**HANDELMAN, DANIEL  ET AL**

### CITATION

TO:        DANIEL HANDELMAN

1807 FERN STREET, NEW ORLEANS, LA 70118

(stamp) ORLEANS PARISH SHERIFF'S OFFICE   2019 OCT 10 PM 3:51   RECEIVED

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 8, 2019**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _Ellen K. Philbrick_
Ellen Philbrick, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON  DANIEL HANDELMAN | ON  DANIEL HANDELMAN |
| THROUGH: | THROUGH: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said DANIEL HANDELMAN being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ | _____ No. _____ |
| _AE_ / ENTERED / | Deputy Sheriff of _____ |
| 2 PAPER / 9201 / RETURN | |
| SERIAL NO.   DEPUTY____ PARISH | |

00 2019-10317

Badge # 512



ID: 10314543



VERIFIED
12/10/19

| ATTORNEY'S NAME: | Reddy, Ramesh K 33327 |
|---|---|
| AND ADDRESS: | 643 Magazine St. Suite 301, New Orleans, LA 70130 |

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2019-10317 | DIVISION: I | SECTION: 14 |
|---|---|---|

### FOWLER, PAUL

#### Versus

### HANDELMAN, DANIEL ET AL

#### CITATION

TO:       NICOLE CONSTANTINE

8415 WILLOW STREET, NEW ORLEANS, LA 70118

*(right margin, vertical stamp:)* ORLEANS PARISH CLERK'S OFFICE 2019 OCT 10 PM 3:51 RECEIVED

## YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 8, 2019

| Clerk's Office, Room 402, Civil Courts<br>421 Loyola Avenue<br>New Orleans, LA | CHELSEY RICHARD NAPOLEON, Clerk of<br>The Civil District Court<br>for the Parish of Orleans<br>State of LA<br>by _Ellen K. Philbrick_<br>Ellen Philbrick, Deputy Clerk |
|---|---|

## SHERIFF'S RETURN
### (for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____, _____ served a copy of the within<br><br>Petition for Damages<br>ON NICOLE CONSTANTINE<br>THROUGH:<br><br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____<br>Mileage: S _____ | On this _____ day of _____ served a copy of the within<br><br>Petition for Damages<br>ON NICOLE CONSTANTINE<br>THROUGH:<br>by leaving same at the dwelling house, or usual place of abode, in the hands of<br>_____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said NICOLE CONSTANTINE being absent from the domicile at time of said service.<br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____ |

AE    / ENTERED /

| 3 | PAPER | 9201 | RETURN | |
|---|---|---|---|---|
| SERIAL NO. | DEPUTY | | PARISH |

00 2019-10317

Badge # 512



ID: 10314544        Page 1 of 1

VERIFIED
12/10/19

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

FILED

**STATE OF LOUISIANA**

2019 OCT -2 AM 9: 31

NO.: 19-10317

DIVISION " " CIVIL
DISTRICT COURT

**PAUL FOWLER**

**SECTION 14**

**VERSUS**

**DANIEL HANDELMAN, NICOLE CONSTANTINE & AMERICAN NATIONAL INSURANCE COMPANY**

Filed:_____ Deputy Clerk:_____

**PETITION FOR DAMAGES** RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING

The petition of **PAUL FOWLER**, a person of full age and citizen and resident of Jefferson
NEW ORLEANS, LA 70112
Parish, with respect, represents:
504- 407- 0000

**I.**

| Receipt Date | 10/2/2019 9:40:00 AM |
| Receipt Number | 782629 |
| Cashier | dciaccio |
| Register | CDC Cash Register 1 |

Made defendants herein are:

**a)** **DANIEL HANDELMAN**, a person of the full age of majority, domiciled

| Grand Total | $515.50 |
in this parish and state; | Amount Received | $515.50 |
| Balance Due | $0.00 |
**b)** **NICOLE CONSTANTINE**, a person of the full age of majority, domiciled | Over Payment | $0.00 |

in this parish this state. Payment/ Transaction List
Check # 1040 $515.50

**c)** **AMERICAN NATIONAL INSURANCE COMPANY**, a foreign

insurance corporation authorized to do and doing business in this parish and

| Item | Charged | Paid | Bal |
state. | Petition for Damages | $444.50 | $444.50 | $0.00 |
| Judicial College | $0.50 | $0.50 | $0.00 |
Said defendants are justly and truly indebted unto your petitioner herein for the following | | | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
reasons, to-wit: | JSC | $25.50 | $25.50 | $0.00 |
| Supreme Court- Proc | $10.00 | $10.00 | $0.00 |
**II.** essing Fee

On October 4, 2018, your petitioner, **PAUL FOWLER**, was driving on Oak Street at the

intersection of Leonidas Street. By her admission, the vehicle operated by defendant **NICOLE**

**CONSTANTINE**, and owned by defendant **DANIEL HANDELMAN**, failed to yield as it

entered the intersection and slammed into Petitioner as he was driving eastbound. Said accident

caused your Petitioner to suffer the damages and injuries complained of herein.

**III.**

Petitioner avers that the said accident and injuries were caused solely and entirely by the



VERIFIED
10-8-19

negligence and/or fault of **NICOLE CONSTANTINE** in the automobile she was operating, owned by **DANIEL HANDELMAN**, and insured by **AMERICAN NATIONAL INSURANCE COMPANY**, in the following acts of commission and omission:

a)   Not having her vehicle under proper control;

b)   Not maintaining a proper lookout;

c)   In failing to slow her vehicle or come to a stop when an accident was imminent;

d)   In failing to use reasonable vigilance;

e)   In driving in a careless and reckless manner in utter disregard for the safety of others and more particularly, your petitioner herein; and

f)   Any and all other acts of negligence and/or fault, be they gross, willful or wanton, to be shown at the time of trial.

All of which acts of commission and omission were negligent and in violation of common sense, common care and common prudence and all in violation of the laws of this state and parish which are pleaded herein as if copied *in extenso*.

## IV.

Petitioner avers that the sudden, unexpected and violent blow of the collision caused **PAUL FOWLER** to receive severe and painful injuries to his mind and body; for which he has been obliged to undergo medical treatment, suffering great pain and mental anguish, loss of sleep and proper rest, and loss of wages and employment.

## V.

Petitioner avers that he has the right to recover from the defendants herein all mental and physical pain and suffering, medical expenses, disability, loss of lifestyle, wage loss and any and all other items of damage which may be associated herewith.

## VI.

Petitioner avers that, at the time of the accident herein, there was in full force and effect a policy of liability insurance with defendant, **AMERICAN NATIONAL INSURNACE COMPANY**, wherein **DANIEL HANDELMAN** was the named insured and, upon information and belief, **NICOLE CONSTANTINE** was an additional insured driver. By virtue of that contract of insurance, said insurer is liable unto Petitioner for all damages sustained and claimed herein.

## VII.

Petitioner avers amicable demand to no avail.

WHEREFORE, Petitioner, **PAUL FOWLER**, prays that defendants, **NICOLE CONSTANTINE, DANIEL HANDELMAN, and AMERICAN NATIONAL INSURANCE COMPANY,** through their proper officers and/or agents for service of process, be duly served with a copy of this Petition for Damages and cited to appear and answer same; and that after due proceedings are had, there be judgment rendered herein in favor of petitioner, **PAUL FOWLER,** and against defendants, **NICOLE CONSTANTINE, DANIEL HANDELMAN, and AMERICAN NATIONAL INSURANCE COMPANY,** jointly, severally and *in solido,* in an amount as is reasonable in the premises, together with legal interest thereon from date of judicial demand, for all costs of these proceedings and for all general and equitable relief.

Respectfully submitted,

**ULTIMATE ACCIDENT LAW**

**RAMESH K. REDDY T.A. (#33327)**
3014 Dauphine Street, Suite Z
New Orleans, La. 70117
Telephone: (504) 684-5455
Facsimile: (504) 208-3400
*Attorney for Paul Fowler*

**PLEASE SERVE:**

**AMERICAN NATIONAL INSURANCE COMPANY**
through their Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, La. 70809

**DANIEL HANDELMAN**
1807 Fern Street
New Orleans, LA 70118

**NICOLE CONSTANTINE**
8415 Willow Street
New Orleans, LA 70118

FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 19-10317                                              DIVISION I

PAUL FOWLER

VERSUS

DANIEL HANDELMAN, NICOLE CONSTANTINE & AMERICAN NATIONAL
INSURANCE COMPANY

Filed:_____        Deputy Clerk:_____

Motion for Leave to File Incorporated
First Supplemental and Amended
Petition for Damages

NOW INTO COURT, through undersigned counsel, comes Paul Fowler, plaintiff in the
above and entitled and numbered cause, who desires to supplement and amend his original
petition for damages filed herein on October 2, 2019, to which no answers have been filed, in the
following respects:

1.  To remove defendant owner of the vehicle Daniel Handelman as a defendant in all
    paragraphs of the original petition where his name appears.  Plaintiff reserves all rights to
    name defendant Daniel Handelman as a defendant in this proceeding should facts and
    circumstances warrant his inclusion.

2.  To replace defendant American National Insurance Company, an erroneously named parent
    company with newly named defendant American National Property and Casualty Company,
    its subsidiary and carrier of the policy of automobile insurance at issue, in each paragraph of
    the original filed petition where its name appears.  Plaintiff reserves all rights to name
    American National Insurance Company as a defendant in this proceeding should facts and
    circumstances warrant its inclusion.

3.  To amend paragraph I of the original Petition to state the following:
                                        "I.

Made defendants herein are:

        a)     NICOLE CONSTANTINE, a person of the full age of majority, domiciled

               in this parish and this state at the time of the accident at issue.



b)   AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY, a

foreign insurance corporation authorized to do and doing business in this

parish and state.

Said defendants are justly and truly indebted unto your petitioner herein for the following

reasons, to-wit:"

4.   To amend paragraph VI of the original Petition to state the following:

"VI.

Petitioner avers that, at the time of the accident herein, there was in full force and effect a

policy of liability insurance with defendant, **AMERICAN NATIONAL PROPERTY &

CASUALTY COMPANY**, wherein **DANIEL HANDELMAN** was the named insured and

**NICOLE CONSTANTINE** was the permissive driver.  By virtue of that contract of insurance,

said insurer is liable unto Petitioner for all damages sustained and claimed herein."

5.   By reiterating all other allegations of the original Petition, including the Prayer, as though

copied in extenso herein.

Respectfully submitted,
**ULTIMATE ACCIDENT LAW**

Ramesh K. Reddy (#33327)
3014 Dauphine Street, Suite Z
New Orleans, LA 70117
(504) 684-5455
(504) 208-3400
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this _17_ day of _December_ 2019 served a copy of
the foregoing to all parties to this proceeding by facsimile, electronic mail, or mailing a copy of
the same by U.S. Mail, postage pre-paid to their counsel of record.

RAMESH K. REDDY

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

FILED

STATE OF LOUISIANA

NO.: 19-10317

DIVISION I

PAUL FOWLER

VERSUS

DANIEL HANDELMAN, NICOLE CONSTANTINE & AMERICAN NATIONAL
INSURANCE COMPANY

Filed:_____      Deputy Clerk:_____

ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motion for leave to file incorporated first supplemental and amended petition is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the incorporated first supplemental and amended petition be filed into the record and that Defendants be served and cited with the additional allegations.

New Orleans, Louisiana this _____ day of_____ 2019.

_____
HON. PIPER D. GRIFFIN

**PLEASE SERVE:**

**AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY**
through their Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 2019-10517                                                 DIVISION "___"

                                                              DISTRICT COURT

PAUL FOWLER

VERSUS

NICOLE CONSTANTINE & AMERICAN NATIONAL PROPERTY & CASUALTY
COMPANY

Filed:_____ Deputy Clerk:_____


FIRST SUPPLEMENTAL AND AMENDED PETITION FOR DAMAGES

The petition of **PAUL FOWLER**, a person of full age and citizen and resident of Jefferson

Parish, with respect, represents:

**I.**

Made defendants herein are:

a)    **NICOLE CONSTANTINE**, a person of the full age of majority, domiciled

in this parish and this state at the time of the accident.

b)    **AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY**, a

foreign insurance corporation authorized to do and doing business in this

parish and state.

Said defendants are justly and truly indebted unto your petitioner herein for the following

reasons, to-wit:

**II.**

On October 4, 2018, your petitioner, **PAUL FOWLER**, was driving on Oak Street at the

intersection of Leonidas Street.  By her admission, the vehicle operated by defendant **NICOLE**

**CONSTANTINE**, and owned by defendant **DANIEL HANDELMAN**, failed to yield as it

entered the intersection and slammed into Petitioner as he was driving eastbound.  Said accident

caused your Petitioner to suffer the damages and injuries complained of herein.

**III.**

Petitioner avers that the said accident and injuries were caused solely and entirely by the

negligence and/or fault of **NICOLE CONSTANTINE** in the automobile she was operating,

owned by **DANIEL HANDELMAN**, and insured by **AMERICAN NATIONAL PROPERTY**

& CASUALTY COMPANY, in the following acts of commission and omission:

a)   Not having her vehicle under proper control;

b)   Not maintaining a proper lookout;

c)   In failing to slow her vehicle or come to a stop when an accident was imminent;

d)   In failing to use reasonable vigilance;

e)   In driving in a careless and reckless manner in utter disregard for the safety of others and more particularly, your petitioner herein; and

f)   Any and all other acts of negligence and/or fault, be they gross, willful or wanton, to be shown at the time of trial.

All of which acts of commission and omission were negligent and in violation of common sense, common care and common prudence and all in violation of the laws of this state and parish which are pleaded herein as if copied *in extenso*.

### IV.

Petitioner avers that the sudden, unexpected and violent blow of the collision caused **PAUL FOWLER** to receive severe and painful injuries to his mind and body; for which he has been obliged to undergo medical treatment, suffering great pain and mental anguish, loss of sleep and proper rest, and loss of wages and employment.

### V.

Petitioner avers that he has the right to recover from the defendants herein all mental and physical pain and suffering, medical expenses, disability, loss of lifestyle, wage loss and any and all other items of damage which may be associated herewith.

### VI.

Petitioner avers that, at the time of the accident herein, there was in full force and effect a policy of liability insurance with defendant, **AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY**, wherein **DANIEL HANDELMAN** was the named insured and **NICOLE CONSTANTINE** was the permissive driver. By virtue of that contract of insurance, said insurer is liable unto Petitioner for all damages sustained and claimed herein.

### VII.

Petitioner avers amicable demand to no avail.

**WHEREFORE**, Petitioner, **PAUL FOWLER**, prays that defendants, **NICOLE**

CONSTANTINE and AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY, through their proper officers and/or agents for service of process, be duly served with a copy of this Petition for Damages and cited to appear and answer same; and that after due proceedings are had, there be judgment rendered herein in favor of petitioner, PAUL FOWLER, and against defendants, NICOLE CONSTANTINE and AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY, jointly, severally and *in solido*, in an amount as is reasonable in the premises, together with legal interest thereon from date of judicial demand, for all costs of these proceedings and for all general and equitable relief.

Respectfully submitted,

ULTIMATE ACCIDENT LAW

RAMESH K. REDDY T.A. (#33327)
3014 Dauphine Street, Suite Z
New Orleans, La. 70117
Telephone:  (504) 684-5455
Facsimile:  (504) 208-3400
*Attorney for Paul Fowler*

**PLEASE SERVE:**

AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY
through their Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, La. 70809

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO. 19-10317

DIVISION I

PAUL FOWLER

VERSUS

DANIEL HANDLEMAN, ET AL



FILED: _____

CHELSEY RICHARD NAPOLEON
DEPUTY CLERK OF COURT
102 CIVIL COURTS BUILDING
NEW ORLEANS, LA 70112

### DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, on December 17, 2019, Defendant, American National Insurance Company, filed a Notice of Removal, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removing the above-captioned action from the Civil District Court for Orleans to the United States District Court for the Eastern District of Louisiana. A true and correct copy of the Notice of Removal is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that, upon the filing of the Notice of Removal with the Clerk of the United States District Court for the Eastern District of Louisiana, and filing copies thereof with the Clerk of Court for the Civil District Court for Orleans, the Defendant has effected removal and the Civil District Court for Orleans Parish shall proceed no further in this action unless and until the case is remanded pursuant to 28 U.S.C § 1446(d).

RESPECTFULLY SUBMITTED
GALLAGHER & WESTHOLZ, LLC

J. THADDEUS WESTHOLZ (Bar #21941)
111 Veterans Memorial Boulevard, Suite 1400
Metairie, Louisiana 70005
Telephone: 504-887-2220 / Fax: 504-754-7542
Counsel American National Insurance Company

### CERTIFICATE OF SERVICE

I hereby certify that a copy the Defendant's Notice of Filing of Notice of Removal has been served upon all counsel of record, via U.S. Mail, Via Facsimile or Via Email on the December 18, 2019.

J. Thaddeus Westholz

Case 2:19-cv-14663-JCZ-MBN   Document 1-7   Filed 12/17/19   Page 1 of 1

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**FILED** DEC 1 ? 2019 CLERK'S OFFICE CIVIL DISTRICT COURT

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Paul Folwer | American National Insurance Company and Rebecca Nicole Constantine |

| (b) County of Residence of First Listed Plaintiff   Jefferson | County of Residence of First Listed Defendant   Texas |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Ramesh K. Reddy, 3014 Dauphine Street, Suite Z, New Orleans, LA 70117 Telephone: (504) 684-5455 Facsimile: (504) 208-3400 | J. Thaddeus Westholz, 111 Veterans Blvd, Suite 1400, Metairie LA 70005 Telephone: (504) 887-2220; Facsimile: (504) 754-7542 |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 151 Medicare Act ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholders' Suits ☐ 190 Other Contract ☐ 195 Contract Product Liability ☐ 196 Franchise | **PERSONAL INJURY** ☐ 310 Airplane ☐ 315 Airplane Product Liability ☐ 320 Assault, Libel & Slander ☐ 330 Federal Employers' Liability ☐ 340 Marine ☐ 345 Marine Product Liability ☒ 350 Motor Vehicle ☐ 355 Motor Vehicle Product Liability ☐ 360 Other Personal Injury ☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY** ☐ 365 Personal Injury - Product Liability ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability ☐ 368 Asbestos Personal Injury Product Liability **PERSONAL PROPERTY** ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage ☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 ☐ 690 Other | ☐ 422 Appeal 28 USC 158 ☐ 423 Withdrawal 28 USC 157 **PROPERTY RIGHTS** ☐ 820 Copyrights ☐ 830 Patent ☐ 835 Patent - Abbreviated New Drug Application ☐ 840 Trademark | ☐ 375 False Claims Act ☐ 376 Qui Tam (31 USC 3729(a)) ☐ 400 State Reapportionment ☐ 410 Antitrust ☐ 430 Banks and Banking ☐ 450 Commerce ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations ☐ 480 Consumer Credit ☐ 490 Cable/Sat TV ☐ 850 Securities/Commodities/ Exchange ☐ 890 Other Statutory Actions ☐ 891 Agricultural Acts ☐ 893 Environmental Matters ☐ 895 Freedom of Information Act ☐ 896 Arbitration ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision ☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY** ☐ 210 Land Condemnation ☐ 220 Foreclosure ☐ 230 Rent Lease & Ejectment ☐ 240 Torts to Land ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | **CIVIL RIGHTS** ☐ 440 Other Civil Rights ☐ 441 Voting ☐ 442 Employment ☐ 443 Housing/ Accommodations ☐ 445 Amer. w/Disabilities - Employment ☐ 446 Amer. w/Disabilities - Other ☐ 448 Education | **PRISONER PETITIONS** **Habeas Corpus:** ☐ 463 Alien Detainee ☐ 510 Motions to Vacate Sentence ☐ 530 General ☐ 535 Death Penalty **Other:** ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | **LABOR** ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Management Relations ☐ 740 Railway Labor Act ☐ 751 Family and Medical Leave Act ☐ 790 Other Labor Litigation ☐ 791 Employee Retirement Income Security Act **IMMIGRATION** ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | **SOCIAL SECURITY** ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) **FEDERAL TAX SUITS** ☐ 870 Taxes (U.S. Plaintiff or Defendant) ☐ 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332; 28 USC 1441

Brief description of cause:
motor vehicle accident with damages claimed in excess of $75,000

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE                    DOCKET NUMBER

DATE
12-17-2019

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

VERIFIED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL FOWLER

VERSUS

DANIEL HANDELMAN, NICOLE
CONSTANTINE AND AMERICAN
NATIONAL INSURANCE COMPANY

CIVIL ACTION NO.:

JUDGE

MAGISTRATE

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that defendant, American National Insurance Company,

("ANICO"), with full reservations of any and all exceptions, rights, defenses. and objections,

hereby gives notice of the removal to this Court of the state court action herein described

and, in support, states as follows

*BACKGROUND*

1.

ANICO was named as a defendant in a civil action commenced on October 2, 2019

in Civil District Court for the Parish of Orleans, State of Louisiana, entitled *"Paul Fowler*

*vs. Daniel Handleman, Nicole Constantine & American National Insurance* Company"

bearing docket number 19-10317 in Division I of that court.

2.

Attached hereto as Exhibit "A" is a copy of the entire state court record, including

citation and service documentation.



3.

Plaintiff, Paul Fowler, claims in his Petition for Damages that he sustained injuries as a result of a motor vehicle accident which occurred on October 4, 2018.

4.

Names as defendants to that suit are Nicole Constantine (driver), Daniel Handleman (vehicle owner) and ANICO (alleged liability insurer).

*DIVERSITY OF CITIZENSHIP*
*IS THE JURISDICTIONAL BASIS OF REMOVAL*

5.

The above-described action is a civil action over which this Court has original jurisdiction based on diversity of citizenship pursuant to Title 28 U.S.C. §1332 and is one that Defendant is entitled to remove to this Court pursuant to Title 28 U.S.C. §1441.

6.

Upon information and belief, plaintiff, Paul Fowler, is now and was at the time of the filing of his Petition, a citizen of the State of Louisiana.

7.

ANICO is now, and was at the time the Petition was filed, an entity organized under the laws of the State of Texas and having its principal place of business in the State of Texas.[1]

---

[1] Contrary to the allegations in the Petition, ANICO was not the liability insurer of Daniel Handleman at the time of the accident sued upon. American National Property and Casualty Company ("ANPAC") was the liability insurer of Daniel Handleman when this accident occurred. ANPAC is a subsidiary of ANICO. ANPAC is now, and was at the time the Petition was filed, an entity organized under the laws of the State of Missouri and having its principal place of business in the State of Missouri.

8.

Defendant, Daniel Handleman, is now, and was at the time the Petition was filed, an individual domiciled in the State of Illinois. At the time of the accident sued upon, he had been temporarily residing in the State of Louisiana since August 2017 only for the purpose of participating in a two year fellowship associated with Tulane University. Upon completion of the fellowship program in August 2019, he then moved to the State of Massachusetts. He has never had any intention of changing his citizenship or domicile from the State of Illinois to the State of Louisiana. (Affidavit of Daniel Handleman attached hereto as Exhibit "B").

9.

Defendant, Nicole Constantine, is now, and was at the time the Petition was filed, an individual domiciled in the State of Texas. Days before the occurrence of the accident on October 4, 2018, she had moved to the State of Louisiana to temporarily reside while Daniel Handleman completed his fellowship program. Her intention was that when Daniel Handleman completed his fellowship program in the Summer of 2019, she would then resume her graduate school studies at Brandeis University in the Fall Semester of 2019. She did, in fact, move in August 2019 to Boston, Massachusetts to further her studies. She has never had any intention of changing her citizenship or domicile from the State of Texas to the State of Louisiana. (Affidavit of Nicole Constantine attached hereto as Exhibit "C").

10.

Citizenship is based on domicile, i.e. where an individual resides and intends to remain. *Acridge v. Evangelican Lutheran Good Samaritan Soc'y*, 334 F.3d 444, 448 (5th Cir. 2003). At birth, a person acquires a "domicile of origin", which is presumed to continue if there is not sufficient evidence of a change of domicile. *Acridge*, 334 F.3d at 448. A presumption of continuing domicile applies when a person relocates. *Id.* To defeat the presumption and establish a new domicile, the "domicile of choice", the person must demonstrate both (1) residence in a new state, and (2) an intention to remain in that state indefinitely. *Id.* To determine whether a person has changed domicile, factors include where the person exercises civil and political rights, pays taxes, owns real and personal property, has driver's and other licenses, maintains bank accounts, belongs to clubs and churches, has places of business or employment, and maintains a home for her family. *Id.* However, for out-of-state students, a significant factor is whether the student intends to remain in the state beyond the educational period. See *Holmes v. Sopuch*, 639 F.2d 431, 434 (8th Cir. 1981) (citing 13 Wright, Miller & Cooper, Federal Practice and Procedure: Jurisdiction § 3619 at 751 (1975)). A person's statements of intent, either to remain in a previous domicile or to establish a new one, are entitled to little weight' if they conflict with the objective facts. *Acridge*, 334 F.3d at 448. The federal court can determine jurisdictional matters by examining the pleadings and evidence in the record, such as affidavits.

11.

Per the attached Affidavits of Daniel Handleman and Nicole Constantine setting forth factual details pertinent to the domicile analysis, they clearly did not establish their domicile in the State of Louisiana.

AMOUNT IN CONTROVERSY

12.

Although ANICO denies liability to plaintiff, upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

13.

The Petition for Damages, Paragraph IV, alleges that as a direct result of the October 4, 2018 motor vehicle accident, plaintiff received "severe and painful injuries to his mind and body; for which he has been obliged to undergo medical treatment, suffering great pain and mental anguish, loss of sleep and proper rest, and loss of wages and employment." (Petition for Damages is attached in Exhibit A).

The damages sought by plaintiff are itemized in the Petition as "mental and physical pain and suffering, medical expenses, disability, loss of lifestyle, wage loss and any other item of damage which may be associated herewith." (Petition for Damages is attached in Exhibit A).

14.

The Petition for Damages contains no allegations stating whether the amount in controversy does, or does not, exceed $75,000.  However, a review of the pertinent information establishes that the amount in controversy does in fact exceed $75,000.

15.

Per the September 20, 2019 office note of Dr. Samer Shamieh, the treating orthopedic spine surgeon, Paul Fowler has multiple herniated discs in the cervical and lumbar spine; he has failed conservative treatment; and he is a surgical candidate for procedures in both the cervical and lumbar spine, pending additional imaging. (Exhibit "D").

16.

Attached as Exhibit "E" is the November 7, 2019 correspondence of counsel for plaintiff notifying defendants that spinal surgery for injuries sustained in the accident was imminent and that the value of the damages claim exceeded $100,000.

A post-complaint, settlement demand letter, which is not plainly a sham, may be documentation that the federal court may review to assess the amount in controversy. *Addo v. Globe Life & Accident Ins. Co.*, 230 F.3d 759, 761–62 (5th Cir. 2000).

*REMOVAL IS TIMELY AND PROPER*

17.

Removing defendant, ANICO was served with the Petition for Damages via the Louisiana Secretary of State on November 25, 2019, and defendants, Nicole Constantine and Daniel Handleman, remain unserved. Attached hereto as Exhibit "A" is a copy of the entire state court record, including service of process upon ANICO, as required by 28 U.S.C. § 1446(a).

18.

Accordingly, this Notice is timely filed within thirty (30) days after service or notice

on ANICO of the Petition for Damages and filed within one (1) year of the filing of the Petition for Damages in compliance with 28 U.S.C. § 1446(b).

19.

As evidenced in the attached Affidavits of Nicole Constantine and Daniel Handleman, they consent to the ANICO's removal of the state court action filed by Paul Fowler. These affidavits specifically authorize this written representation to the Court of their consent.

20.

The United States District Court for the Eastern District of Louisiana is the federal judicial district embracing the Civil District Court for the Parish of Orleans, where the suit was originally filed. Venue, therefore, is proper in this district under 28 U.S.C. § 1441(a).

21.

This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) in that this is a civil action wherein the amount in controversy exceeds $75,000.00, exclusive of interest and costs, which is derived from the characterization of damages and claims of Paul Fowler, and the suit is between citizens of different states. Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441.

21.

Promptly after the filing of this Notice of Removal to the United States District Court for the Eastern District of Louisiana, a copy of this Notice will be filed with the Clerk of aforesaid state court reflecting the removal of this civil action to the United States District Court, Eastern District of Louisiana, as provided by law.

**WHEREFORE**, the above premises considered, American National Insurance Company. prays that the civil action bearing docket number 19-10317 in Division I pending in Civil District Court for the Parish of Orleans, State of Louisiana, be removed to this Court for trial and determination; that all further proceedings in the State Court be stayed; and that this Defendant has additional and further relief to which it may be entitled.

Respectfully submitted:

/s/ J. Thaddeus Westholz
J. Thaddeus Westholz (Bar No. 21941)
Gallagher & Westholz, LLC
111 Veterans Memorial Boulevard
Suite 1400
Telephone: 504-887-2220
Facsimile: 504-754-7542
Email: thad@gwplawfirm.com
Counsel for Defendant, American
National Insurance Company

## CERTIFICATE

I certify that a copy of the above and foregoing was electronically filed on December 17, 2019 by using the CM/ECF system which will send a notice of electronic filing to all counsel of record on that same date.

/s/ J. Thaddeus Westholz
J. Thaddeus Westholz (Bar No. 21941)



3014 Dauphine St          504-684-5455
Suite Z                   5(   )08-3400 (fax)
New Orleans, LA 70117     ray@ultimatepi.com

209 DEC 13  PH 5 55

CIVIL
DISTRICT COURT

**ACCIDENT LAW**

---

December 17, 2019

<u>Via Hand Delivery</u>
Clerk of Court Section Head
Division "I"
Civil District Court of New Orleans
421 Loyola Avenue
New Orleans, LA 70112

> Re: Case Number 19-10317
> *Fowler v. Handelman, et al.*
> Reissuance of Citation for Service of Process

Dear Clerk,

I am writing this letter to request re-issuance of a service citation for the following defendants:

Nicole Constantine    544 TRAPELO RD. APT 2
Daniel Handelman      BELMONT, MA 02478-1404

Service was attempted by the Civil Sheriff on three separate occasions. Service was not made as these defendants appear to be living in a different address out of the state of Louisiana.

Our office will serve them pursuant to Louisiana's Long Arm statute.

As per its requirements, please provide a Citation for each Defendant so that I may serve them accordingly.

Attached you will find a copy of the original Petition and the First Amended & Supplemental Petitions.

Best Regards,

Ramesh K. Reddy

VERIFIED
Celeste Hunter
12-18-2019